OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 12-14-00207-CR
PD-0689-15

6/4/2015
LUSK, CHARLES EDWARD    Tr. Ct. No. 241-0128-14
The appellant's pro se petition for discretionary review has this day been received and filed.

Abel Acosta, Clerk

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *

FILE COPY



FILED IN COURT OF APPEALS
12th Court of Appeals District
JUN 05 2015
TYLER TEXAS
CATHY S. LUSK, CLERK